ABRAHAM GELMAN, Respondent, *v.* JOSEPH P. DAY, INC., Appellant.

(Argued November 21, 1930; decided January 6, 1931.)

*William Harvey Smith* and *H. Scheiffelin Sayers* for appellant.

*George A. Arkwright* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.